

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-10-00432-CV

IN RE CHARLES CLAY TROYER                                    RELATOR

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has received a supplemental record on abatement showing that the trial court has rendered a final decree of divorce in accordance with the parties' mediated settlement agreement and this court's abatement order. Accordingly, relator's petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; MEIER and GABRIEL, JJ.

DELIVERED:  May 4, 2011

------------

[1]See Tex. R. App. P. 47.4, 52.8(d).